petitioners. *Charles Lederer, Frank H. Marks* and *Ivan P. Tashof* for respondent. 

No. 385. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bernard A. Golding* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. 

No. 422. ROMANIAN ORTHODOX MISSIONARY EPISCOPATE OF AMERICA *v.* TRUTZA ET AL. C. A. 6th Cir. Certiorari denied. *Don C. Miller* for petitioner. *Percy H. Russell* for respondents. 

No. 430. SWIDLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph F. McVeigh, Francis J. Myers* and *Cornelius C. O'Brien* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States. 

No. 437. WALL *v.* KING. C. A. 1st Cir. Certiorari denied. *George P. Lordan, Herbert E. Tucker, Jr.* and *Michael Carchia* for petitioner. *George Fingold,* Attorney General of Massachusetts, *Henry M. Leen,* Special Assistant to the Attorney General, and *John J. Burns* for respondent. 

No. 442. FIDELITY-PHENIX FIRE INSURANCE Co. *v.* FLOTA MERCANTE DEL ESTADO. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *L. deGrove Potter* for respondent. 

No. 444. CITY OF ERLANGER *v.* BERKEMEYER ET AL. C. A. 6th Cir. Certiorari denied. *Chas. I. Dawson* for petitioner. *Frank H. Shaffer, Jr.* for respondents.